IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| NICOLE BURRELL, | § |
| | § |
| v. | § Civil Action No. 4:13-CV-02077 |
| | § |
| WAL-MART STORES TEXAS, LLC. | § |

**ORDER ON UNOPPOSED MOTION TO REMAND**

This cause having come for hearing on the unopposed motion of plaintiff to remand this action to the 113th Judicial District Court of Harris County, Texas, Cause No. 2013-33956, and the Court having considered the arguments of counsel submitted in support of this motion, it appears to the court that this court is without jurisdiction over the subject matter of this action because Plaintiff does not seek damages in excess of $75,000.00 thereby defeating diversity jurisdiction.

FOR THESE REASONS, it is ordered that plaintiff's unopposed motion is granted, and that this action is remanded to the 113th Judicial District Court of Harris County, Texas, Cause No. 2013-33956, and that a certified copy of this order shall be mailed by the Clerk of this court to the Clerk of the 113th Judicial District Court of Harris County, Texas, on receipt of which that court may proceed with the action according to the laws and procedures of the courts of the State of Texas.

Signed this 23rd day of August 2013.

Signed _____
Judge Presiding
Judge of the United States
District Court for the Southern District of Texas
Houston Division
Keith P. Ellison